UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

TOTAL CONTAINMENT SOLUTIONS,
INC.,

    Plaintiff,

v.                                               Case No:  2:15-cv-63-FtM-38CM

GLACIER ENERGY SERVICES,
INC.,

    Defendant.
_____/

## ORDER[1]

This matter comes before the Court on Defendant Glacier Energy Services, Inc.'s Motion to Dismiss Counts II through VII of Total Containment Solutions, Inc.'s Complaint (Doc. #5) filed on February 11, 2015. Plaintiff Total Containment Solutions, Inc. filed a response in opposition on March 2, 2015. (Doc. #10). In Total Containment Solution's response, it asserts it plans to amend its complaint within 21 days. See Fed. R. Civ. P. 15(a)(1) ("A party may amend its pleading once as a matter of course . . . 21 days after service of a motion under Rule 12(b)"). Since then, Total Containment Solutions filed its amended complaint pursuant to Rule 15(a)(1) and extensions of the 21-day deadline by the Court. (See Doc. #22; see also Doc. #15; Doc. #19). Consequently, the motion to dismiss is now moot. See generally Deering v. Federal Aviation Admin., No. 8:12-CV-

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the Court has no agreements with any of these third parties or their Web sites. The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

2163-T-17AEP, 2013 WL 3864349, at *3 (M.D. Fla. July 24, 2013) (mentioning that when a plaintiff filed an amended complaint pursuant to Rule 15(a)(1)(B) rather than a response to a motion to dismiss, the court denied the underlying motion to dismiss as moot).

Accordingly, it is now

**ORDERED:**

Defendant Glacier Energy Services, Inc.'s Motion to Dismiss Counts II through VII of Total Containment Solutions, Inc.'s Complaint (Doc. #5) is **DENIED as moot**.

**DONE** and **ORDERED** in Fort Myers, Florida this 2nd day of April, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record